UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cr-00039-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **KEITHROY SYLVESTER WALTERS,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion for a Reduction in Sentence.

Specifically, defendant asks that his final year of imprisonment be converted to home

confinement so that he can seek medical treatment.  First, there is no provision of law that would

allow this court to alter or amend defendant's sentence at this point in time.  See Fed.R.Crim.P.

36.  Second, the Bureau of Prisons provides a full range of medical services, comparable to those

available in any community.  Defendant should discuss his medical needs with his BOP

counselor.  Having considered defendant's motion and reviewed the pleadings, the court enters

the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for a Reduction in Sentence

(#87) is DENIED

Signed: January 27, 2016

Max O. Cogburn Jr.
United States District Judge